ANNA R. BECKER, Respondent, *v.* PETER A. FRASSE & Co., INC., Appellant.

(Argued October 17, 1930; decided November 18, 1930.)

*John J. Halpin* and *Joseph W. Kirkpatrick* for appellant.

*Robert H. Wilson, Jr.,* for respondent.

Judgment of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division on the authority of *Becker* v. *Frasse & Co.* (255 N. Y. 10); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.